UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JO CINI, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>  Defendant. | Case No. 24-cv-00288-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates.

The parties are required to file a stipulation of dismissal by June 2, 2025 or a written explanation showing cause why the case should not be dismissed. If no response to this order is filed, the case will be dismissed without further notice.

**IT IS SO ORDERED.**

Dated: March 4, 2025

_____
Richard Seeborg
Chief United States District Judge